MIRIAM H. SMITH, Respondent, *v.* MALCOLM K. SMITH, Appellant.

(Submitted October 2, 1933; decided October 10, 1933.)

*J. Harlin O'Connell* for motion.
*Julius Hallheimer* opposed.

Motion denied, with leave to renew on argument of appeal.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, *v.* EMPIRE TRUST COMPANY et al., Appellants and Respondents, and WYANDOTTE SAVINGS BANK, Respondent.

(Submitted October 2, 1933; decided October 10, 1933.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 181.)